UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6219 CR-FERGUSON**

8 U.S.C. §§ 1326(a), (b)(2)

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

AUG 1 0 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   :
                            :
v.                          :
                            :
EDMOND AUGUSTIN,            :
                            :
    Defendant.              :
_____/

## INDICTMENT

The Grand Jury charges that:

On or about July 20, 2000, in Broward County, in the Southern District of Florida, the defendant,

**EDMOND AUGUSTIN,**

an alien, having been previously deported from the United States to Haiti on or about January 1, 1999, and whose removal was subsequent to convictions for the commission of aggravated felonies, namely, trafficking in cocaine and the sale of cocaine, *Florida v. Augustin*, Case No. 95-00847-CF-A01, In the Circuit Court, Fifth Judicial Circuit, In and For Lake County, knowingly

attempted to enter the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA      CASE NO. _____

v.

**Edmond Augustin**              **CERTIFICATE OF TRIAL ATTORNEY***
_____

**Superseding Case Information:**

**Court Division:** (Select One)        New Defendant(s)    Yes ____ No ____
                                        Number of New Defendants ____
___ Miami  ___ Key West                 Total number of counts ____
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect __English__

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   | I   | 0 to 5 days       | _X_ | Petty    | ___ |
   | II  | 6 to 10 days      | ___ | Minor    | ___ |
   | III | 11 to 20 days     | ___ | Misdem.  | ___ |
   | IV  | 21 to 60 days     | ___ | Felony   | _X_ |
   | V   | 61 days and over  | ___ |          |     |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __in Krome Detention Facility since July 20, 0000__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

                                        _____
                                        BERTHA R. MITRANI
                                        ASSISTANT UNITED STATES ATTORNEY
                                        FLORIDA BAR NO. 88171

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: __EDMOND AUGUSTIN__   No.:_____

Count # I:
Illegal re-entry after deportation; in violation of 8 U.S.C. § 1326(a), (b)(2)

*Max Penalty:___Twenty (20) years' maximum imprisonment; $250,000 fine

Count #

*Max Penalty:_____

Count #:

*Max Penalty:_____

Count #:

*Max Penalty:_____

Count # :

*Max Penalty:_____

Count # :

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96