# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

EDMOND AUGUSTIN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6219**

**CR-FERGUSON**

MAGISTRATE JUDGE SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ EDMOND AUGUSTIN
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Illegal re-entry into the United States after deportation;

in violation of Title __8__ United States Code, Section(s) __1326(a), (b)(2)__

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Thursday, August 10, 2000  Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Edmond Augustin _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: Self Employed _____

PLACE OF BIRTH: _Haiti_____

DATE OF BIRTH: ___08/15/1945_____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____5' 7 ½_____ WEIGHT:  _175 lbs_____

SEX: _Male_____ RACE: _Black_____

HAIR: __Brown_____ EYES: ____Brown_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

FBI NUMBER: 178 106 AB8 _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____INS, S/A Angela Lear_____

_____