AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Bertha R. Mitrani   INS S/A Angela Lear (954) 356-7790

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA   497923

UNITED STATES OF AMERICA

V.

EDMOND AUGUSTIN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6219**

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ EDMOND AUGUSTIN _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Illegal re-entry into the United States after deportation;

in violation of Title __8__ United States Code, Section(s)   1326(a), (b)(2)

CLARENCE MADDOX
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Thursday, August 10, 2000  Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED<br>8/11/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST<br>8/15/00 | | Edward Purchase, SDUSM |