## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | EDMOND AUGUSTIN (J) | CASE NO: | 00-6219-CR-FERGUSON |
| AUSA: | BERTHA MITRANI — *pres* | ATTY: | *Berube* |
| AGENT: | INS - ANGELA LEAR | VIOL: | 8 USC 1326(a) |
| PROCEEDING: | I/A INDICTMENT | RECOMMENDED BOND: | PTD |

BOND HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @: 200,000 CSB w/ Nebf  To be cosigned by: FPD
           Stipulated

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Advised of Charges
Sworn for cnsl
FPD apptd

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-29 | 11 | BSS | |

DATE: 8-15-00    TIME: 11:00    FTL/LSS TAPE # 00 - 040    Begin: 1292    End:

Re-call - 00-041
@ 1193