UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6219-CR-FERGUSON

UNITED STATES OF AMERICA

vs

EDMOND AUGUSTIN

ARRAIGNMENT INFORMATION SHEET

FILED by D.C.
AUG 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 15, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: _Custody_

Telephone: ____

DEFENSE COUNSEL:  Name: _FPD_

Address: ____

Telephone: ____

BOND SET/CONTINUED: $ _200,000 CSB w/ Nebbin (Sty)_

Bond hearing held: yes____ no _X_ Bond hearing set for____

Dated this _15TH_ day of _AUGUST_, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Benny Butler,_
Deputy Clerk

Tape No. _00- 041_

cc: Copy for Judge
    U. S. Attorney