UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # __55431-004__

UNITED STATES OF AMERICA )
           Plaintiff ) Case Number: CR __00-6219-CR Ferguson__
                      ) REPORT COMMENCING CRIMINAL
 -vs-                 )          ACTION

__Edmond AUGUSTIN__
           Defendant

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

FILED AUG 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __8/15/00__ (am/__pm__)

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Reentry after deportation__

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: __8/15/45__

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: __8/15/00__  (9) Arresting Officer: __LEAR__
(10) Agency: __INS__   (11) Phone: __356 7790__
(12) Comments: _____