U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Edmond Augustin (no deft)    CASE NO: 00-6219-CR-Ferguson
AUSA: Bertha Mitrani /Rosenbaum    ATTNY: FPD: Marty Bidwill /S Maugn
AGENT: ___    VIOL: ___
PROCEEDING: Status Conference    BOND REC: ___
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: FILED by ___ D.C.
___ BOND SET @ ___    AUG 31 2000
CO-SIGNATURES: ___    CLERK U.S. DIST. CT.
SPECIAL CONDITIONS: ___    S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no motions
2 days to try
no tapes
A - has not rec'd
discovery
Sept. 18th trial

NEXT COURT APPEARANCE: ___    DATE: ___    TIME: ___    JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 8-31-00    TIME: 11:00am    TAPE # 00-069    PG # 3
2054-2094
14