UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6219-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

EDMOND AUGUSTIN,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 31, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try.

2. Defense counsel has not yet received the Government's discovery response; counsel will contact the prosecutor if the materials are not received within the next few days. Defense counsel further confirmed that no motions are currently pending.

DATED at Fort Lauderdale, Florida this 31st day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Marty Bidwell, Esquire
Assistant Federal Public Defender
Attorney for Defendant