UNITED STATES OF AMERICA           UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
Plaintiff,

vs.                                 Case No. 00-6219-CR-FERGUSON

**EDMOND AUGUSTIN, (J)**                **SENTENCING DATE**

Defendant.

TO:   DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

    By direction of the Honorable WILKIE D. FERGUSON, JR., United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **December 15, 2000 at 9:00 A.M.** for imposition of sentence. On the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, where sentence will be imposed. You will receive no further notice.

    If the above-named defendant has executed a bond with this Court, this notice advises the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

    IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSR) to this Court will be completed and a copy made available to the parties and their counsel. DEFENSE COUNSEL AND THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION).
    IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

DATED: October 10, 2000                 CLARENCE G. MADDOX, II
                                         Court Administrator/
COUNSEL: Robert Berube, AFPD             Clerk of Court

RECEIVED:   10/10/00
                                         BY: _Deloris McIntosh_
GOVERNMENT: AUSA, Bertha Mitrani         Deputy Clerk
                                         Deloris McIntosh


The defendant plead guilty to count one of the Indictment.