SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 29 200_
CLARENCE MADDOX

CASE # 00-6219-CR-W

DEFENDANT Edmond Augustin          JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER        DATE December 15, 2000

Court Reporter Paul Haferling      USPO K. Gomez

AUSA Bertha Mitrani                Deft's Counsel Samuel Smargon

COUNTS DISMISSED All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment  Years  Months 41  Counts
Right to appeal    Credit time served from 7/20/00

Supervised Release 3 yrs   See J & C for details

Probation  Years  Months  Counts

Comments _____

Assessment $ 100.00          Fine $ None

Restitution /Other _____

### CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____