```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
vs.                        )
                           )
EDMOND AUGUSTIN,           )   CASE NUMBER:
                           )   00-6219-CR-WDF
                           )
        Defendant.         )
                           )
```

Transcript of proceedings before the Honorable Wilkie D Ferguson, Jr., United States District Judge, at Fort Lauderdale, Florida, on the 15th day of December, 2000.

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the United States: | BERTHA MITRANI, AUSA<br>Ft. Lauderdale, Florida |
| For the Defendant: | SAM SMARGON, AFPD<br>Ft. Lauderdale, Florida |
| Court Reporter: | Jerald J. Reeves, RPR |

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**