# United States District Court

## Southern District of Florida

RECEIVED
ST_____ _____AL

200_ JAN -3 PM 3: 23

UNITED STATES OF AMERICA

v.

EDMOND AUGUSTIN, (J) 55431-004

**JUDGMENT IN A CRIMINAL CASE**
~~OT OF
(For Offenses Committed On or After November 1, 1987)
FT. LAU_. OFFICE

Case Number:  0:00CR06219-001

Bertha R. Mitrani, AUSA / Samuel J. Smargon, AFPD
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s)  __One of the Indictment__

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 (a),(b)(2) | Illegal Re-Entry after Deportation | 07/20/2000 | I.D.C. |

FILED by __ M
DEC 3  __
CLARENCE MADDOX
C__ __

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ __N/A__

☒ Count(s) _____ __N/A__ _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  __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__
Defendant's Date of Birth:  __08/15/1945__
Defendant's USM No.:  __55431-004__
Defendant's Residence Address:

__FDC - Miami__

__Miami__                    __FL__    __33128__

Defendant's Mailing Address:

__FDC - Miami__

__Miami__                    __FL__    __33128__

__12/15/2000__
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

__12/31/00__
Date

DEFENDANT:          **EDMOND AUGUSTIN, (J) 55431-004**

CASE NUMBER:        **0:00CR06219-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____41____ **month(s)** _____ .

**The defendant shall receive credit for time served from Jul;y 20, 2000.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___2 9-01___ to ___FCC COC___

at _____ , with a certified copy of this judgment.

R. D. Swope Ward
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal